

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-23-00133-CR

Danny C. **ALLEN**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 379th Judicial District Court, Bexar County, Texas
Trial Court No. 2019CR6311
Honorable Ron Rangel, Judge Presiding

BEFORE JUSTICE ALVAREZ, JUSTICE WATKINS, AND JUSTICE VALENZUELA

In accordance with this court's opinion of this date, the trial court's judgment is AFFIRMED.

SIGNED June 20, 2024.

_____
Lori I. Valenzuela, Justice